UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-3319 FMO (ASx) | Date | May 2, 2024 |
|---|---|---|---|
| Title | Minnie Jones v. Kohls Corporation, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause re: Consolidation

Having reviewed the dockets in Jon Christian Stedman Witt v. Kohls Inc., CV 24-1967 FMO (ASx) ("Witt") and Minnie Jones v. Kohls Corporation, et al., CV 24-3319 FMO (ASx) ("Jones"), and in light of the Court's Order of April 26, 2024, transferring Jones to the undersigned as a related case to Witt, IT IS ORDERED THAT:

1. No later than **May 9, 2024**, each separately-represented party shall file a Memorandum Re: Consolidation ("Memorandum"), no longer than ten pages in length, addressing (1) the extent to which there are similar factual and/or legal issues in the above cases, and (2) whether or not the cases should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. If the parties agree that the cases should be consolidated, they shall file a stipulation in lieu of a Memorandum no later than **May 9, 2024**.

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |