UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-1967 FMO (ASx) & CV 24-3319 FMO (ASx) | Date | May 10, 2024 |
|---|---|---|---|
| Title | Jon Christian Stedman Witt v. Kohls Inc. & Minnie Jones v. Kohls Corporation et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause re: Consolidation

Having reviewed the Stipulation to Consolidate Cases (Dkt. 16, "Stipulation"), filed in Jon Christian Stedman Witt v. Kohls Inc., CV 24-1967 FMO (ASx) ("Witt") and in Minnie Jones v. Kohls Corporation, et al., CV 24-3319 FMO (ASx) ("Jones") (Dkt. 12), by which the parties in Witt and Jones agree to consolidation of the actions, IT IS ORDERED THAT:

   1. The Stipulation **(Document No. 16)** is **granted** as set forth in this Order.

   2. Witt, CV 24-1967 FMO (ASx) and Jones, CV 24-3319 FMO (ASx), are hereby consolidated.  The Clerk shall consolidated these actions such that the earlier filed action, Witt, CV 24-1967 FMO (ASx) is the lead case.  All future filings shall be filed in Witt, CV 24-1967 FMO (ASx).

   3. A Consolidated Amended Complaint shall be filed no later than **May 23, 2024**.

   4. Defendants shall file their Answer or Rule 12 motion no later than **June 20, 2024**.

   5. Plaintiff shall file their Opposition to any motion to dismiss no later than **July 18, 2024**.

   6. Defendants shall file their Reply brief no later than **August 1, 2024**.

   7. The hearing on the motion to dismiss shall be on **August 15, 2024**.

   8. The scheduling conference is continued to **August 15, 2024**.  The parties shall file their joint Rule 26(f) report no later than **August 1, 2024**.

   9. The pending motion **(Document No. 10)** in Witt, CV 24-1967 FMO (ASx) is **denied as moot**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-1967 FMO (ASx) & CV 24-3319 FMO (ASx) | Date | May 10, 2024 |
|---|---|---|---|
| Title | Jon Christian Stedman Witt v. Kohls Inc. & Minnie Jones v. Kohls Corporation et al. | | |

10. The Clerk shall administratively close <u>Jones</u>, CV 24-3319 FMO (ASx).

00 : 00
Initials of Preparer    vdr